UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

November 30, 2017

Shawntell Hasty
205 Market Street, Apt. 1
Denton, MD 21629

Kavita Sahai
Social Security Administration
Altmeyer Building, Room 617
6401 Security Blvd.
Baltimore, MD 21235

RE: *Shawntell Hasty v. Commissioner, Social Security Administration*;
Civil No. JKB-17-1709

Dear Ms. Hasty and Counsel:

Pursuant to Standing Order 2014-01, the above-captioned case has been referred to me to review the parties' dispositive motions and to make recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 301.5(b)(ix). [ECF No. 4]. The Commissioner has moved to dismiss Plaintiff's Complaint on the grounds that it was not filed timely. [ECF No. 9]. On November 6, 2017, Plaintiff filed a Response in Opposition to the Commissioner's Motion to Dismiss. [ECF No. 11]. Specifically, Plaintiff contends that she "asked for an extension at the Administrative level" and "even submitted docutments [sic] that was not [sic] taken into consideration." *Id.* at 9. However, Plaintiff did not provide any evidence to support these statements.

Plaintiff is instructed to file any documentation supporting her request for an extension at the administrative level on or before December 14, 2017. The Clerk is directed to MAIL a copy of this Order to Plaintiff Shawntell Hasty, 205 Market Street, Apt. 1, Denton, MD 21629.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/
Stephanie A. Gallagher
United States Magistrate Judge